# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff(s), | ) | Case No: 20cr648-1 |
| v. | ) | Magistrate Judge: M. David Weisman |
| Rafael Montalvo, | ) | |
| Defendant(s), | ) | |

## ORDER

      Initial appearance hearing held. Removal proceedings held. Defendant Rafael Montalvo appeared before Judge Weisman on 9/18/2020 in response to an arrest warrant issued out of the Eastern District of North Carolina. Defendant was advised of rights and the charges pending against him pursuant to Fed. R. Crim. P. 5. The court finds that the Defendant is able to understand her rights as they are reviewed. Attorney Geoffrey M. Meyer's oral motion for leave to file an appearance on behalf of Defendant is granted. Enter order appointing Geoffrey M. Meyer as counsel for defendant. The Government is not seeking detention. The Government and Defendant agree on certain conditions of release. Defendant signed an unsecured bond in the amount of $4,500. Enter Order Setting Conditions of Release and Appearance bond. Defendant waived his right to a preliminary examination hearing in this district with leave to renew in the Eastern District of North Carolina. Defendant was advised of right to a so-called identity hearing and waived an identity hearing. Fed. R. Crim. P. 5(c)(3)(D)(ii). Defendant shall be release upon completion of U.S.M.S. processing. Defendant advised of her right under Rule 20 to resolve the pending charges in the Northern District of Illinois. Defendant ordered removed to the Eastern District of North Carolina. Enter Commitment to Another District.

T: (00:18)

Date: September 18, 2020

                                                                                   M. David Weisman
                                                                                   United States Magistrate Judge