

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton** 312-435-5670
**Clerk**

**Transfer of Criminal Case**

Date: 9/22/2020

Address:

Case Title: USA v. Montalvo

Northern District of Illinois Case No.: 1:20cr648-1   Other Court's Case No.: 4:20-MJ-1202

Dear Sir/Madam:

Enclosed please find a <u>certified copy</u> of the docket sheet and documents being transferred to your court pursuant to:

**F.R.CR.P 5:**  ☐ In  ☒ Out

☒ Order.
☐ Commitment Order.
☒ Bond Transfer.
☒ Order Setting Conditions of Release.
☒ Appearance bond.
☐ Financial Affidavit.

**18 U.S.C § 3605 Transfer of Jurisdiction Probation 22**  ☐ In  ☐ Out

☐ Certified copy of the Probation 22 form.
☐ Indictment.
☐ Information.
☐ Superseding Indictment.
☐ Superseding Information.
☐ Sentencing Order.
☐ Amended Sentencing Order.
☐ Rule 12B form.
☐ Email us a certified copy of the charging instrument, judgment, signed Probation 22 form and the docket sheet.

Revised 10/03/16

☐ **F.R.Cr.P. 20**  ☐ **F.R.Cr.P. 21**     ☐ In   ☐ Out
☐ Indictment.
☐ Information.
☐ Superseding Indictment.
☐ Superseding Information.
☐ Sentencing Order.
☐ Consent to Transfer Jurisdiction.

Sincerely,
Thomas G. Bruton, Clerk of Court

By: /s/B. Gudausky
    Deputy Clerk

---

TO BE COMPLETED BY THE RECEIVING DISTRICT

Please acknowledge receipt via email to: docketing_ilnd@ilnd.uscourts.gov

Date:                       Clerk, U.S. District Court
                                 By:
                                 Deputy Clerk